IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 6:24cr986 |
| | ) | |
| | ) | 18 U.S.C. § 1028(a)(7) |
| vs. | ) | 18 U.S.C. § 152(3) |
| | ) | |
| | ) | |
| JONATHAN TAYLOR NELSON BROWN | ) | INDICTMENT |

COUNT 1

DEC 10 2024 PM 1:30
RCV'D - USDC G'VILLE SC

THE GRAND JURY CHARGES:

On or about April 9, 2024, in the District of South Carolina, JONATHAN TAYLOR NELSON BROWN, did knowingly possess and use, without lawful authority, a means of identification of another person known to the Grand Jury, to wit: the name and social security number of Victim One, during and in relation to the crime of bankruptcy fraud in violation of 18 U.S.C. § 157.

In violation of Title 18, United States Code, Section 1028(a)(7).

COUNT 2

On or about April 9, 2024, in the District of South Carolina, JONATHAN TAYLOR NELSON BROWN, intentionally and fraudulently made a materially false declaration, certification, verification and statement under penalty of perjury in relation to a case under Title 11, *In re: Jon Brown*, Case No. 24-01289, by falsely stating in a Voluntary Petition his name and social security number when in fact the defendant knew that the name and social security number listed in the Voluntary Petition belonged to Victim One.

In violation of Title 18, United States Code, Section 152(3).

A \_\_\_True\_\_\_ Bill

███████████████████████████

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
William J. Watkins, Jr. (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov